UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

CORRIN MISAK,

      Plaintiff,                                Case No. 25-cv-12796
                                                  Hon. Matthew F. Leitman

v.

A-LINE STAFFING SOLUTIONS LLC,

      Defendant.
_____/

## ORDER DISMISSING CASE

Pursuant to the Notice of Voluntary Dismissal Without Prejudice by Plaintiff, this case is DISMISSED without prejudice.

**IT IS SO ORDERED.**

                                                       s/Matthew F. Leitman
                                                       MATTHEW F. LEITMAN
                                                       UNITED STATES DISTRICT JUDGE

Dated: November 5, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on November 5, 2025, by electronic means and/or ordinary mail.

                                                       s/Holly A. Ryan
                                                     Case Manager
                                                     (313) 234-5126